1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   LARRY LEE HARTMAN,              )   NO. ED CV 08-1901-DSF(E)
                                     )
12                  Petitioner,      )
                                     )
13        v.                         )       **JUDGMENT**
                                     )
14                                   )
     MICHAEL A. SMELOSKY, Warden,    )
15                                   )
                    Respondent.      )
16   _____)

17

18        Pursuant to the Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS ADJUDGED that the Petition is denied and dismissed with

22   prejudice.

23

24          DATED: 11/2/09

25

26

27                           _____
                                       DALE S. FISCHER
28                             UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28